JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc.,<br><br>               Plaintiff,<br>    v.<br><br>Up and Running, Inc.; Andrew Hubbard, an individual and d/b/a Amazon.com Seller UP and Running, and Does 1-10, inclusive,<br><br>               Defendants. | Case No.: CV13-886 JST (ANx)<br><br>CONSENT DECREE AND PERMANENT INJUNCTION |

      The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Up and Running, Inc. and Andrew Hubbard, an individual and d/b/a Amazon.com Seller UP and Running (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

      ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)    This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338.

Service of process was properly made against Defendants.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c) Profiting from the unauthorized copying, reproduction, downloading,

distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should either of the Defendants default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: June 26, 2013

_____
Hon. Josephine Staton Tucker
United States District Judge

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Reg. No. | Description | Copyright Claimaint |
|---|---|---|
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | Warner Bros. Entertainment Inc. ("WBHEI") |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBHEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBHEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBHEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBHEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBHEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBHEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBHEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBHEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBHEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBHEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBHEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBHEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBHEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBHEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBHEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBHEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBHEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBHEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBHEI |

| | | |
|---|---|---|
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBHEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBHEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBHEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBHEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBHEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBHEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBHEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBHEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBHEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBHEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBHEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBHEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBHEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBHEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBHEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBHEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBHEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBHEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBHEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBHEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBHEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture | WBHEI |

| | | |
|---|---|---|
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation | WBHEI |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBHEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBHEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBHEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBHEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency | WBHEI |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBHEI |
| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBHEI |
| PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence | WBHEI |
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBHEI |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBHEI |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBHEI |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBHEI |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBHEI |
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBHEI |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBHEI |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBHEI |
| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBHEI |
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBHEI |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBHEI |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation | WBHEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBHEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBHEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBHEI |

| | | |
|---|---|---|
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBHEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBHEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBHEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBHEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBHEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBHEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBHEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBHEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBHEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBHEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBHEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBHEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBHEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBHEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBHEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBHEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBHEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBHEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBHEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBHEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBHEI |
| PA 1-805-616 | THE CLOSER: Unknown Trouble | WBHEI |
| PA 1-830-012 | THE CLOSER: Repeat Offender | WBHEI |

| | | |
|---|---|---|
| PA 1-830-014 | THE CLOSER: To Serve With Love | WBHEI |
| PA 1-830-262 | THE CLOSER: Under Control | WBHEI |
| PA 1-830-011 | THE CLOSER: Forgive Us Our Trespasses | WBHEI |
| PA 1-829-979 | THE CLOSER: Home Improvement | WBHEI |
| PA 1-830-017 | THE CLOSER: A Family Affair | WBHEI |
| PA 1-829-972 | THE CLOSER: Death Warrant | WBHEI |
| PA 1-829-994 | THE CLOSER: Star Turn | WBHEI |
| PA 1-830-261 | THE CLOSER: Fresh Pursuit | WBHEI |
| PA 1-830-008 | THE CLOSER: Necessary Evil | WBHEI |
| PA 1-829-985 | THE CLOSER: You Have The Right To Remain Jolly | WBHEI |
| PA 1-829-964 | THE CLOSER: Relative Matters | WBHEI |
| PA 1-829-977 | THE CLOSER: Road Block | WBHEI |
| PA 1-833-797 | THE CLOSER: Silent Partner | WBHEI |
| PA 1-829-967 | THE CLOSER: Hostile Witness | WBHEI |
| PA 1-829-981 | THE CLOSER: Fool's Gold | WBHEI |
| PA 1-829-966 | THE CLOSER: Drug Fiend | WBHEI |
| PA 1-829-968 | THE CLOSER: Last Rites | WBHEI |
| PA 1-830-005 | THE CLOSER: Armed Response | WBHEI |
| PA 1-805-629 | THE CLOSER: The Last Word | WBHEI |
| PA 1-227-680 | DEADWOOD: Deadwood | Home Box Office, Inc. ("HBO") |
| PA 1-231-791 | DEADWOOD: Deep Water | HBO |
| PA 1-231-792 | DEADWOOD: Reconnoitering The Rim | HBO |
| PA 1-227-640 | DEADWOOD: Here Was A Man | HBO |
| PA 1-227-633 | DEADWOOD: The Trial Of Jack McCall | HBO |
| PA 1-227-641 | DEADWOOD: Plague | HBO |
| PA 1-232-758 | DEADWOOD: Bullock Returns To The Camp | HBO |
| PA 1-232-759 | DEADWOOD: Suffer The Little Children | HBO |
| PA 1-232-744 | DEADWOOD: No Other Sons Or Daughters | HBO |
| PA 1-232-740 | DEADWOOD: Mr. Wu | HBO |
| PA 1-233-007 | DEADWOOD: Jewels Boot Is Made For Walking | HBO |
| PA 1-233-008 | DEADWOOD: Sold Under Sin | HBO |
| PA 1-354-918 | DEADWOOD: A Lie Agreed Upon, Part I | HBO |
| PA 1-354-919 | DEADWOOD: A Lie Agreed Upon, Part II | HBO |
| PA 1-272-613 | DEADWOOD: New Money | HBO |
| PA 1-272-614 | DEADWOOD: Requiem For A Gleet | HBO |
| PA 1-274-760 | DEADWOOD: Complications | HBO |
| PA 1-274-767 | DEADWOOD: Something Very Expensive | HBO |

| | | |
|---|---|---|
| PA 1-274-768 | DEADWOOD: E. B. Was Left Out | HBO |
| PA 1-280-307 | DEADWOOD: Childish Things | HBO |
| PA 1-277-128 | DEADWOOD: Amalgamation And Capital | HBO |
| PA 1-275-223 | DEADWOOD: Advances None Miraculous | HBO |
| PA 1-275-224 | DEADWOOD: The Whores Can Come | HBO |
| PA 1-275-225 | DEADWOOD: Boy The Earth Talks-To | HBO |
| PA 1-324-821 | DEADWOOD: Tell Your God To Ready For Blood | HBO |
| PA 1-324-841 | DEADWOOD: I Am Not The Fine Man You Take Me For | HBO |
| PA 1-324-842 | DEADWOOD: True Colors | HBO |
| PA 1-325-040 | DEADWOOD: Full Faith And Credit | HBO |
| PA 1-325-041 | DEADWOOD: A Two Headed Beast | HBO |
| PA 1-325-042 | DEADWOOD: A Rich Find | HBO |
| PA 1-325-043 | DEADWOOD: Unauthorized Cinnamon | HBO |
| PA 1-340-844 | DEADWOOD: Leviathan Smiles | HBO |
| PA 1-340-840 | DEADWOOD: Amateur Night | HBO |
| PA 1-353-510 | DEADWOOD: A Constant Throb | HBO |
| PA 1-353-507 | DEADWOOD: The Catbird Sear | HBO |
| PA 1-261-131 | DEADWOOD: Tell Him Something Pretty | HBO |
| PA 1-805-639 | FRINGE: Neither Here Nor There | WBHEI |
| PA 1-838-996 | FRINGE: One Night In October | WBHEI |
| PA 1-838-984 | FRINGE: Alone In The World | WBHEI |
| PA 1-838-999 | FRINGE: Subject 9 | WBHEI |
| PA 1-839-002 | FRINGE: Novation | WBHEI |
| PA 1-838-978 | FRINGE: And Those We've Left Behind | WBHEI |
| PA 1-840-592 | FRINGE: Wallflower | WBHEI |
| PA 1-840-558 | FRINGE: Back To Where You've Never Been | WBHEI |
| PA 1-840-566 | FRINGE: Enemy Of My Enemy | WBHEI |
| PA 1-840-564 | FRINGE: Forced Perspective | WBHEI |
| PA 1-839-003 | FRINGE: Making Angels | WBHEI |
| PA 1-839-006 | FRINGE: Welcome To Westfield | WBHEI |
| PA 1-838-969 | FRINGE: A Better Human Being | WBHEI |
| PA 1-839-186 | FRINGE: The End Of All Things | WBHEI |
| PA 1-838-997 | FRINGE: A Short Story About Love | WBHEI |
| PA 1-840-391 | FRINGE: Nothing As It Seems | WBHEI |
| PA 1-838-998 | FRINGE: Everything In Its Right Place | WBHEI |
| PA 1-838-971 | FRINGE: The consultant | WBHEI |
| PA 1-840-561 | FRINGE: Letters Of Transit | WBHEI |
| PA 1-840-594 | FRINGE: Worlds Apart | WBHEI |
| PA 1-840-569 | FRINGE: Brave New World: Part One | WBHEI |

| PA 1-805-612 | FRINGE: Brave New World: Part Two | WBHEI |
|---|---|---|
| PA 1-805-507 | THE MENTALIST: Scarlet Ribbons | WBHEI |
| PA 1-805-644 | THE MENTALIST: The Crimson Hat | WBHEI |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | WBHEI |
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | WBHEI |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | WBHEI |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | WBHEI |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | WBHEI |
| PA 1-798-649 | ONE TREE HILL: Not Afraid | WBHEI |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | WBHEI |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | WBHEI |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | WBHEI |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | WBHEI |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | WBHEI |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | WBHEI |
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | WBHEI |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | WBHEI |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | WBHEI |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | WBHEI |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | WBHEI |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | WBHEI |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | WBHEI |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | WBHEI |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | WBHEI |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | WBHEI |
| PA 1-744-418 | PRETTY LITTLE LIARS (SERIES): Pilot | WBHEI |
| PA 1-744-449 | PRETTY LITTLE LIARS (SERIES): The Jenna Thing | WBHEI |
| PA 1-744-566 | PRETTY LITTLE LIARS (SERIES): To Kill A Mocking Girl | WBHEI |
| PA 1-744-450 | PRETTY LITTLE LIARS (SERIES): Can You Hear Me Now? | WBHEI |
| PA 1-744-429 | PRETTY LITTLE LIARS (SERIES): Reality Bites Me | WBHEI |

| | | |
|---|---|---|
| PA 1-749-524 | PRETTY LITTLE LIARS (SERIES): There's No Place Like Homecoming | WBHEI |
| PA 1-749-525 | PRETTY LITTLE LIARS (SERIES): The Homecoming Hangover | WBHEI |
| PA 1-744-454 | PRETTY LITTLE LIARS (SERIES): Please, Do Talk Above Me When I'm Gone | WBHEI |
| PA 1-749-549 | PRETTY LITTLE LIARS (SERIES): The Perfect Storm | WBHEI |
| PA 1-744-404 | PRETTY LITTLE LIARS (SERIES): Keep Your Friends Close | WBHEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBHEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBHEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBHEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBHEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBHEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBHEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBHEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBHEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBHEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBHEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBHEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBHEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBHEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBHEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBHEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBHEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBHEI |

| | | |
|---|---|---|
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBHEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBHEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBHEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBHEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBHEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBHEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBHEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBHEI |
| PA 1-008-123 | THE WEST WING: Pilot | WBHEI |
| PA 999-330 | THE WEST WING: Post Hoc, Ergo Propter Hoc | WBHEI |
| PA 999-329 | THE WEST WING: A Proportional Response | WBHEI |
| PA 999-328 | THE WEST WING: Five Votes Down | WBHEI |
| PA 999-323 | THE WEST WING: The Crackpots and These Women | WBHEI |
| PA 999-322 | THE WEST WING: Mr. Willis of Ohio | WBHEI |
| PA 1-008-118 | THE WEST WING: State Dinner | WBHEI |
| PA 999-321 | THE WEST WING: Enemies | WBHEI |
| PA 1-008-124 | THE WEST WING: The Short List | WBHEI |
| PA 1-008-120 | THE WEST WING: In Excelsis Deo | WBHEI |
| PA 1-008-125 | THE WEST WING: Lord John Marbury | WBHEI |
| PA 999-319 | THE WEST WING: He Shall, From Time to Time | WBHEI |
| PA 1-008-119 | THE WEST WING: Take Out the Trash Day | WBHEI |
| PA 1-008-122 | THE WEST WING: Take This Sabbath Day | WBHEI |
| PA 1-008-121 | THE WEST WING: Celestial Navigation | WBHEI |
| PA 999-318 | THE WEST WING: 20 Hours in L.A. | WBHEI |
| PA 999-317 | THE WEST WING: The White House Pro-Am | WBHEI |
| PA 999-325 | THE WEST WING: Six Meetings Before Lunch | WBHEI |
| PA 999-326 | THE WEST WING: Let Bartlet Be Bartlet | WBHEI |
| PA 999-327 | THE WEST WING: Mandatory Minimums | WBHEI |
| PA 999-324 | THE WEST WING: Lies, Damn Lies and Statistics | WBHEI |
| PA 999-320 | THE WEST WING: What Kind of Day Has It Been | WBHEI |
| PA 1-078-726 | THE WEST WING: In the Shadow of Two Gunmen: Part I | WBHEI |

| | | |
|---|---|---|
| PA 1-076-742 | THE WEST WING: In the Shadow of Two Gunmen: Part II | WBHEI |
| PA 1-078-727 | THE WEST WING: The Midterms | WBHEI |
| PA 1-078-738 | THE WEST WING: In This White House | WBHEI |
| PA 1-078-730 | THE WEST WING: And It's Surely to Their Credit | WBHEI |
| PA 1-078-728 | THE WEST WING: The Lame Duck Congress | WBHEI |
| PA 1-078-741 | THE WEST WING: The Portland Trip | WBHEI |
| PA 1-078-732 | THE WEST WING: Shibboleth | WBHEI |
| PA 1-078-725 | THE WEST WING: Galileo | WBHEI |
| PA 1-078-729 | THE WEST WING: Noel | WBHEI |
| PA 1-078-731 | THE WEST WING: The Leadership Breakfast | WBHEI |
| PA 1-078-740 | THE WEST WING: The Drop In | WBHEI |
| PA 1-192-007 | THE WEST WING: Bartlet's Third State of the Union | WBHEI |
| PA 1-078-733 | THE WEST WING: The War at Home | WBHEI |
| PA 1-078-734 | THE WEST WING: Ellie | WBHEI |
| PA 1-078-743 | THE WEST WING: Somebody's Going to Emergency, Somebody's Going to Jail | WBHEI |
| PA 1-078-744 | THE WEST WING: The Stackhouse Filibuster | WBHEI |
| PA 1-078-746 | THE WEST WING: 17 People | WBHEI |
| PA 1-078-736 | THE WEST WING: Bad Moon Rising | WBHEI |
| PA 1-078-745 | THE WEST WING: The Fall's Gonna Kill You | WBHEI |
| PA 1-078-737 | THE WEST WING: 18th and Potomac | WBHEI |
| PA 1-078-735 | THE WEST WING: Two Cathedrals | WBHEI |
| PA 1-110-176 | THE WEST WING: Isaac and Ishmael | WBHEI |
| PA 1-110-190 | THE WEST WING: The Special Episode | WBHEI |
| PA 1-110-186 | THE WEST WING: Manchester: Part 1 | WBHEI |
| PA 1-110-187 | THE WEST WING: Manchester: Part 2 | WBHEI |
| PA 1-110-173 | THE WEST WING: Ways and Means | WBHEI |
| PA 1-110-174 | THE WEST WING: On the Day Before | WBHEI |
| PA 1-110-183 | THE WEST WING: War Crimes | WBHEI |
| PA 1-110-182 | THE WEST WING: Gone Quiet | WBHEI |
| PA 1-110-177 | THE WEST WING: The Indians in the Lobby | WBHEI |
| PA 1-110-175 | THE WEST WING: The Women of Qumar | WBHEI |
| PA 1-110-168 | THE WEST WING: Bartlet for America | WBHEI |
| PA 1-110-188 | THE WEST WING: H. Con-172 | WBHEI |
| PA 1-110-181 | THE WEST WING: 100,000 Airplanes | WBHEI |
| PA 1-110-180 | THE WEST WING: The Two Bartlets | WBHEI |
| PA 1-110-178 | THE WEST WING: Night Five | WBHEI |
| PA 1-110-189 | THE WEST WING: Hartsfield's Landing | WBHEI |

| # | Registration | Title | Owner |
|---|---|---|---|
| 1 | PA 1-110-170 | THE WEST WING: Dead Irish Writers | WBHEI |
| 2 | PA 1-110-185 | THE WEST WING: The U.S. Poet Laureate | WBHEI |
| 3 | PA 1-110-184 | THE WEST WING: Stirred | WBHEI |
|  | PA 1-110-169 | THE WEST WING: Enemies Foreign and Domestic | WBHEI |
| 4 | PA 1-110-179 | THE WEST WING: The Black Vera Wang | WBHEI |
| 5 | PA 1-110-172 | THE WEST WING: We Killed Yamamoto | WBHEI |
|  | PA 1-110-171 | THE WEST WING: Posse Comitatus | WBHEI |
| 6 | PA 1-148-943 | THE WEST WING: 20 Hours in America Part 1 | WBHEI |
| 7 | PA 1-148-944 | THE WEST WING: 20 Hours in America Part 2 | WBHEI |
|  | PA 1-148-945 | THE WEST WING: College Kids | WBHEI |
| 8 | PA 1-148-946 | THE WEST WING: Red Mass | WBHEI |
| 9 | PA 1-148-947 | THE WEST WING: Debate Camp | WBHEI |
|  | PA 1-148-948 | THE WEST WING: Game On | WBHEI |
| 10 | PA 1-148-950 | THE WEST WING: Election Night | WBHEI |
| 11 | PA 1-148-951 | THE WEST WING: Process Stories | WBHEI |
| 12 | PA 1-148-949 | THE WEST WING: Swiss Diplomacy | WBHEI |
|  | PA 1-148-952 | THE WEST WING: Arctic Radar | WBHEI |
| 13 | PA 1-148-953 | THE WEST WING: Holy Night | WBHEI |
| 14 | PA 1-148-954 | THE WEST WING: Guns Not Butter | WBHEI |
|  | PA 1-148-955 | THE WEST WING: The Long Goodbye | WBHEI |
| 15 | PA 1-148-956 | THE WEST WING: Inauguration: Part 1 | WBHEI |
| 16 | PA 1-148-957 | THE WEST WING: Inauguration: Part 2- Over There | WBHEI |
| 17 | PA 1-148-958 | THE WEST WING: The California 47th | WBHEI |
| 18 | PA 1-148-959 | THE WEST WING: Red Haven's On Fire | WBHEI |
|  | PA 1-148-960 | THE WEST WING: Privateers | WBHEI |
| 19 | PA 1-148-962 | THE WEST WING: Angel Maintenance | WBHEI |
| 20 | PA 1-148-961 | THE WEST WING: Evidence of Things Not Seen | WBHEI |
|  | PA 1-148-963 | THE WEST WING: Life on Mars | WBHEI |
| 21 | PA 1-148-964 | THE WEST WING: Commencement | WBHEI |
| 22 | PA 1-148-965 | THE WEST WING: Twenty Five | WBHEI |
| 23 | PA 1-291-070 | THE WEST WING: 7A WF 83429 | WBHEI |
|  | PA 1-291-071 | THE WEST WING: The Dogs of War | WBHEI |
| 24 | PA 1-291-072 | THE WEST WING: Jefferson Lives | WBHEI |
| 25 | PA 1-291-073 | THE WEST WING: Han | WBHEI |
|  | PA 1-291-074 | THE WEST WING: Constituency of One | WBHEI |
| 26 | PA 1-291-075 | THE WEST WING: Disaster Relief | WBHEI |
| 27 | PA 1-291-076 | THE WEST WING: Separation of Powers | WBHEI |
|  | PA 1-291-077 | THE WEST WING: Shutdown | WBHEI |
| 28 | PA 1-291-078 | THE WEST WING: Abu El Banat | WBHEI |

| | | |
|---|---|---|
| PA 1-291-079 | THE WEST WING: The Stormy Present | WBHEI |
| PA 1-291-080 | THE WEST WING: The Benign Prerogative | WBHEI |
| PA 1-291-081 | THE WEST WING: Slow News Day | WBHEI |
| PA 1-291-082 | THE WEST WING: The Warfare of Genghis Khan | WBHEI |
| PA 1-291-083 | THE WEST WING: An Khe | WBHEI |
| PA 1-291-084 | THE WEST WING: Full Disclosure | WBHEI |
| PA 1-291-085 | THE WEST WING: Eppur Si Muove | WBHEI |
| PA 1-291-086 | THE WEST WING: The Supremes | WBHEI |
| PA 1-291-087 | THE WEST WING: Access | WBHEI |
| PA 1-291-088 | THE WEST WING: Talking Points | WBHEI |
| PA 1-291-091 | THE WEST WING: No Exit | WBHEI |
| PA 1-291-089 | THE WEST WING: Gaza | WBHEI |
| PA 1-291-090 | THE WEST WING: Memorial Day | WBHEI |
| PA 1-765-880 | THE WEST WING: NSF Thurmont | WBHEI |
| PA 1-765-871 | THE WEST WING: The Birnam Wood | WBHEI |
| PA 1-765-857 | THE WEST WING: Third Day Story | WBHEI |
| PA 1-765-675 | THE WEST WING: Liftoff | WBHEI |
| PA 1-765-770 | THE WEST WING: The Hubbert Peak | WBHEI |
| PA 1-765-694 | THE WEST WING: The Dover Test | WBHEI |
| PA 1-765-764 | THE WEST WING: Change | WBHEI |
| PA 1-765-700 | THE WEST WING: In the Room | WBHEI |
| PA 1-765-763 | THE WEST WING: Impact Winter | WBHEI |
| PA 1-765-665 | THE WEST WING: Faith-Based Initiative | WBHEI |
| PA 1-765-791 | THE WEST WING: Opposition Research | WBHEI |
| PA 1-765-655 | THE WEST WING: 365 Days | WBHEI |
| PA 1-765-797 | THE WEST WING: King Corn | WBHEI |
| PA 1-777-436 | THE WEST WING: The Wake Up Call | WBHEI |
| PA 1-765-691 | THE WEST WING: Freedonia | WBHEI |
| PA 1-765-781 | THE WEST WING: Drought Conditions | WBHEI |
| PA 1-765-868 | THE WEST WING: A Good Day | WBHEI |
| PA 1-765-861 | THE WEST WING: La Palabra | WBHEI |
| PA 1-765-683 | THE WEST WING: Ninety Miles Away | WBHEI |
| PA 1-267-465 | THE WEST WING: In God We Trust | WBHEI |
| PA 1-267-458 | THE WEST WING: Things Fall Apart | WBHEI |
| PA 1-267-457 | THE WEST WING: 2162 Votes | WBHEI |
| PA 1-769-538 | THE WEST WING: The Ticket | WBHEI |
| PA 1-769-951 | THE WEST WING: The Mommy Problem | WBHEI |
| PA 1-769-973 | THE WEST WING: Message of the Week | WBHEI |
| PA 1-769-552 | THE WEST WING: Mr. Frost | WBHEI |
| PA 1-769-545 | THE WEST WING: Here Today | WBHEI |

| | | |
|---|---|---|
| PA 1-770-076 | THE WEST WING: The Al Smith Dinner | WBHEI |
| PA 1-769-519 | THE WEST WING: The Debate | WBHEI |
| PA 1-770-095 | THE WEST WING: Undecideds | WBHEI |
| PA 1-769-974 | THE WEST WING: The Wedding | WBHEI |
| PA 1-770-943 | THE WEST WING: Running Mates | WBHEI |
| PA 1-770-946 | THE WEST WING: Internal Displacement | WBHEI |
| PA 1-770-106 | THE WEST WING: Duck and Cover | WBHEI |
| PA 1-770-103 | THE WEST WING: The Cold | WBHEI |
| PA 1-769-535 | THE WEST WING: Two Weeks Out | WBHEI |
| PA 1-769-559 | THE WEST WING: Welcome to Wherever You Are | WBHEI |
| PA 1-769-543 | THE WEST WING: Election Day | WBHEI |
| PA 1-769-526 | THE WEST WING: Election Day: Part 2 | WBHEI |
| PA 1-770-950 | THE WEST WING: Requiem | WBHEI |
| PA 1-770-908 | THE WEST WING: Transition | WBHEI |
| PA 1-770-908 | THE WEST WING: The Last Hurrah | WBHEI |
| PA 1-770-077 | THE WEST WING: Institutional Memory | WBHEI |
| PA 1-770-906 | THE WEST WING: Tomorrow | WBHEI |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |

| | | |
|---|---|---|
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |

| PA 1-622-993 | THE WIRE: -30- | HBO |
|---|---|---|
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |